## Commonwealth *v.* DeSimone, Appellant.

Submitted November 14, 1966. *John DeSimone,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dorian, Appellant.

Argued November 14, 1966. *Caram J. Abood,* for appellant; *Blair V. Pawlowski,* Assistant District Attorney, with him *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Durrett, Appellant.

Submitted November 14, 1966. *Alvin Durrett,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., would remand for a hearing on the constitutional question.